UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-CR-285 (JMB/JFD) |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| Eric John Maurice Holliday, | |
| Defendant. | |

---

WHEREAS, on April 20, 2023, this Court entered a Preliminary Order of Forfeiture (Doc. No. 37) forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c): a Kahr Arms CM9 Handgun, bearing serial number IT1429, and any accessories and ammunition seized therewith; (together, "the Property").

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on February 2, 2024, providing notice of the United States' intention to dispose of the Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Property (Doc. No. 58); and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

Therefore, IT IS HEREBY ORDERED that:

1. The United States' Motion for a Final Order of Forfeiture (Doc. No. 59) is GRANTED;

2. all right, title and interest in the Property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c); and

3. the United States shall dispose of the Property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 17, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court